# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GURPREET SIDHU,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STATE OF CALIFORNIA, DEPT., OF CORRECTIONS AND REHABILITATION and HANI GUIRGUIS,<br><br>　　　　　Defendants. | **ORDER REASSIGNING THE ACTION**<br><br>Former Case No.: 1:19-cv-01020- AWI - JLT<br><br>**New Case No.: 1:19-cv-01020-JLT** |

All parties have indicated their consent to the jurisdiction of a United States Magistrate Judge for all further proceedings in this action, including trial and entry of judgment, pursuant to 28 U.S.C. § 636(c)(1). (Docs. 10, 11)

Accordingly, this Court **REASSIGNS** the action to United States Magistrate Judge Jennifer L. Thurston for all further proceedings. All further papers filed in this action shall bear the new case number: **1:19-cv-1020-JLT**.

IT IS SO ORDERED.

Dated:　November 8, 2019　　　　　　　　　　　／s／ _____
　　　　　　　　　　　　　　　　　　　　　　　SENIOR DISTRICT JUDGE

1