1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GURPREET SIDHU,<br><br>             Plaintiff,<br><br>     v.<br><br>STATE OF CALIFORNIA, DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br>             Defendants. | Case No.: 1:19-CV-01020-AWI-JLT<br><br>ORDER GRANTING STIPULATION TO AMEND THE CASE SCHEDULE<br>(Doc. 16) |

The parties have stipulated to extend the discovery deadlines due to the inability to depose certain witnesses due to the COVID-19 pandemic. (Doc. 16) It appears counsel are awaiting the ability to depose these people in person. They are strongly encouraged to take the depositions remotely because the Court will not again extend the deadlines. Thus, the Court **ORDERS** the case schedule amended as follows:

   1.   The parties SHALL complete all non-expert discovery no later than November 30, 2020;

///
///
///
///

1

2. The parties SHALL complete all expert discovery no later than January 5, 2021. No other amendments to the case schedule are authorized.

IT IS SO ORDERED.

Dated: **September 9, 2020**          **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE