1 | RANDY RUMPH (SBN 232235)
1401 19th Street, Suite 200
2 | Bakersfield, CA 93301
   Telephone: (661) 322-4600
3 |  Email: rmrlaw20@sbcglobal.net
*Attorneys for Plaintiff Gurpreet Sidhu*
4 |

5 | MATTHEW RODRIQUEZ, State Bar No. 95976
Acting Attorney General of California
6 | GARY S. BALEKJIAN, State Bar No. 168652
Supervising Deputy Attorney General
7 | BRAD PARR, State Bar No. 237503
Deputy Attorney General
8 |   300 South Spring Street, Suite 1702
   Los Angeles, CA  90013
9 |   Telephone:  (213) 269-6479
   Fax:  (916) 731-2119
10 |   E-mail:  Brad.Parr@doj.ca.gov
*Attorneys for Defendants State of California,
Department of Corrections and Rehabilitation and
11 | Hani Guirguis*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GURPREET SIDHU,** | 1:19-CV-01020-AWI-JLT |
| Plaintiff, | **JOINT STIPULATION TO SET TRIAL DATE** |
| v. | (Doc. 30) |
| **STATE OF CALIFORNIA, DEPARTMENT OF CORRECTIONS AND REHABILITATION; HANI GUIRGUIS; and DOES 1 through 1, Inclusive,** | |
| Defendants. | |

The Parties enter into this Stipulation with respect to the following facts:

1. Trial in this matter was originally set for May 4, 2021.  Due to the pandemic, the Court has requested that the Parties stipulate to a new date for a jury trial.

1

2. The Parties have met and conferred, and also conferred with Ms. Susan Hall, the Court's Courtroom Deputy Clerk, regarding a new jury trial date.

3. The Parties agree that trial by jury should be set for April 18, 2022. In the alternative, the Parties agree trial should be set for March 28, 2022. The Parties have discussed these dates with Ms. Hall.

4. The Parties have discussed waiving jury trial with their clients, but at present, defendants have not agreed to waive jury trial.

Dated:  March 19, 2021                              Respectfully submitted,

                                               /s/ Randy Rumph
RANDY RUMPH
*Attorney for Plaintiff Gurpreet Sidhu*

Dated:  March 19, 2021                              Respectfully submitted,

MATTHEW RODRIQUEZ
Acting Attorney General of California
GARY S. BALEKJIAN
Supervising Deputy Attorney General

_____
BRAD PARR
Deputy Attorney General
*Attorneys for Defendant State of California, Department of Corrections and Rehabilitation and Hani Guirguis*

**[PROPOSED] ORDER**

The Court, having considered the Parties' Joint Stipulation to Set Trial Date, and good cause appearing, orders as follows:

1. Trial is set for April 18, 2022 at 8:30 a.m.; and
2. The pretrial conference is set for February 18, 2022 at 10:00 a.m.

IT IS SO ORDERED.

Dated:   **March 19, 2021**              **/s/ Jennifer L. Thurston**
                                         UNITED STATES MAGISTRATE JUDGE