UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GURPREET SIDHU,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STATE OF CALIFORNIA, DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>　　　　　Defendants. | Case No.  1:19-cv-01020-BAK<br><br>ORDER RE: STIPULATED DISMISSAL OF ENTIRE ACTION<br><br>(ECF No. 49) |

The parties have filed a stipulation to dismiss this entire action with prejudice. (ECF No. 49.) In light of the stipulation, the case has ended and is dismissed. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of the Court is respectfully directed to close this case.

IT IS SO ORDERED.

　　Dated:  **July 21, 2022**　　　　　　　　/s/ _Erica P. Grosjean_
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1